IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZACHARY G. FRIEDEL,

    Petitioner,

v.                          Criminal Case No. 10-cr-30119-DRH

                            Civil Case No. 12-cv-590-DRH

UNITED STATES OF AMERICA,

    Respondent.

## MEMORANDUM & ORDER

**HERNDON, Chief Judge:**

    This matter is before the Court on petitioner's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255. Petitioner pled guilty to possession of child pornography in violation of 18 U.S.C. § 2252(a)(4)(B), on January 26, 2011. On May 6, 2011, the Court sentenced petitioner to 60 months imprisonment, to be followed by a ten year term of supervised release (10-cr-30119, Doc. 39). Petitioner did not directly appeal his conviction, nor has he previously moved for any form of collateral relief. Petitioner's instant timely-filed petition raises various claims in relation to his plea agreement. Generally, petitioner alleges ineffective assistance of counsel throughout the plea bargaining process, that his counsel misled and misinformed him throughout the plea

bargaining process, and that he did not comprehend the plea agreement due to misinformation provided by his counsel.

Pursuant to Rule 4 of the RULES GOVERNING SECTION 2255 PROCEEDINGS, the Court **ORDERS** the government to file a response to petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The government shall, as part of its response, attach all relevant portions of the record.

**IT IS SO ORDERED.**

Signed this 6th day of August, 2012.

David R. Herndon
2012.08.06
05:42:30 -05'00'

**Chief Judge**
**United States District Judge**