IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ZACHARY G. FRIEDEL.,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                                No. 12-cv-590-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 18, 2013, Petitioner's Motion is **DENIED** and Petitioner's claims are **DISMISSED** with prejudice.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT


                              BY:  *s/Sara Jennings*
                                      Deputy Clerk

Dated:  April 19, 2013

APPROVED:      David R. Herndon
                        2013.04.19 14:22:33 -05'00'
                CHIEF JUDGE
                U. S. DISTRICT COURT